UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Christopher Harris,

        Defendant(s).

-----------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-Mag- ( )

Defendant <u>Christopher Harris</u> hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconference:

<u>X</u>  Initial Appearance/Appointment of Counsel

<u>X</u>  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____  Preliminary Hearing on Felony Complaint

____  Bail/Revocation/Detention Hearing

____  Status and/or Scheduling Conference

____  Felony Plea/Trial/Sentence

/s/ Christopher Harris
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christopher Harris
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Stephen Turano
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

January 15, 2021
_____
Date

_____
U.S. Magistrate Judge – ONA T. WANG

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

SDNY CJA 23 (Rev. 3/20)

**IN THE UNITED STATES** ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

**IN THE CASE OF:** United States v. Christopher Harris

FOR:
AT:

LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name): Christopher Harris

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS:
- Magistrate Judge:
- District Court:
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): 5C3
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Self-Employed
- Name and address of employer: Department of Sanitation
- IF YES, how much do you earn per month? $ 875.00
- IF NO, give month and year of last employment? How much did you earn per month? $
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, give the amount received and identify the sources: RECEIVED $ 1,200.00 — SOURCES: stimulus check

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ 1,500.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, give value and description for each:

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ✓ Single
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| food and necessities | $ | $ 150.00 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Christopher Harris
Date: 01/15/2021

FD/CJA/RET. ATTORNEY (PRINT): Stephen Turano

Christy Slavik
ASSISTANT UNITED STATES ATTORNEY (PRINT)

☒ APPROVED ☐ DENIED

SIGNATURE OF JUDICIAL OFFICER
DATE: January 15, 2021